# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:15-CV-00312-FDW-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CARL MICHAEL WILLIAMS, | ) | |
| OLAMINA, LLC., | ) | |
| BRIGHTER DAY, LLC., and ARKA ISRA, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the United States' Motions for Default Judgment (Doc. No. 16-19). For the reasons set forth below, Plaintiff's Motion is GRANTED.

A default having been entered against Defendants (Doc. No. 11-14) and counsel for the United States having requested judgment by default against Defendants Olamina, LLC, Carl Michael Williams, Brighter Day, LLC, and Arka Isra, and having filed a proper declaration in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure; judgment by default is rendered in favor of Plaintiff, the United States of America, and against Defendants. The Court declares that the United States is the lawful owner of the subject property located at 11010 Palestrina Road, Charlotte, North Carolina, 28215 and enjoins the Defendants from engaging in any further trespass on the subject property.

The Clerk's Office is directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: February 15, 2016

Frank D. Whitney
Chief United States District Judge