# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:15-cv-00312-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) CARL MICHAEL WILLIAMS, ) OLAMINA, LLC., BRIGHTER DAY, ) LLC., and ARKA ISRA, ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant Arka Isra's ("Defendant") Motion to Recuse and Void Order Granting Defendant's Motion for Summary Judgment filed on September 23, 2016. (Doc. No. 27). Defendant's motion was filed seven months after this Court entered a Default Judgment (Doc. No. 19) on January 21, 2016, and five months after the United States Court of Appeals for the Fourth Circuit dismissed Defendant's Appeal of this Court's Order for failure to prosecute. (Doc. No. 26).

Having considered Defendant's motion, pleadings and the case file, the Court DENIES Defendant's motion. Defendant's arguments do not meet the requirements for a relief of judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 60(b). Section 455(a) of Title 28 of the United States Code requires a federal judge to "disqualify himself in any proceeding in which his impartiality might reasonably be questioned." No such circumstances exist in the instant case.

Defendants' Motion (Doc. No. 27) is **DENIED**.

Signed: October 3, 2016

Frank D. Whitney
Chief United States District Judge